# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

ALBERTA LOUISE PERRY, surviving spouse
and next kin of VINCENT MCKINNEY,
deceased,

    Plaintiff,

v.                                                    No. 3:21-cv-00414-KAC-JEM
                                                    JURY DEMAND

JENKINS & STILES, LLC and NCI
GROUP, INC. d/b/a METL-SPAN,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING SUPPLEMENTAL AUTHORITY

Plaintiff, Alberta Louise Perry, surviving spouse and next kin of Vincent McKinney, deceased, by and through her undersigned counsel, and gives notice of filing supplemental authority as follows:

1. *McQueen v. Green*, 2022 IL 126666 (IL April 21st, 2022) (holding an employer's acknowledgement of vicarious liability for its employee's conduct does not bar a plaintiff from raising a direct negligence claim against the employer).

                                                  Respectfully submitted,

                                    **THE LAW FIRM FOR TRUCK SAFETY, LLP**

                                    */s/Matthew E. Wright*
                                    Matthew E. Wright, No. 022596
                                    840 Crescent Centre Drive
                                    Suite 310
                                    Franklin, TN 37067
                                    P: (615) 455-3588
                                    F: (615) 468-4540
                                    matt@truckaccidents.com

Steven K. Leibel
*Admitted pro hac vice*
Steven Leibel, P.C.
3619 S. Chestaee
Dahlonega, GA 30533
P: (404) 892-0700
F: (770) 844-0015
steven@leibel.com

*Attorney for Plaintiff, Alberta Louise Perry*
*next kin and surviving spouse of*
*Vincent McKinney, deceased*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's ECF filing system to the following:

Angela Cirina Kopet
G. Graham Thompson
Copeland, Stair, Valz & Lovell, LLP
735 Broad Street
Suite 1204
Chattanooga, TN 37402
*Attorneys for Defendant Jenkins & Stiles*

Joshua J. Bond
Hoddges, Doughty & Carson
617 West Main Street
PO Box 869
Knoxville, TN 37901-0869
*Attorneys for NCI Group, Inc., d/b/a*
*METL-SPAN*

on May 16th, 2022.

                                                         */s/Matthew E. Wright*
                                                         Matthew E. Wright