# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

ALBERTA LOUISE PERRY, surviving spouse
and next kin of VINCENT MCKINNEY,
deceased,

    Plaintiff,

v.                                             No. 3:21-CV-00414-KAC-JEM
                                              JURY DEMAND

JENKINS & STILES, LLC and NUCOR
INSULATED PANEL GROUP, INC.,
d/b/a METL-SPAN,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF SERVICE OF EXPERT DISCLOSURES

Plaintiff, Alberta Louise Perry, surviving spouse and next kin of Vincent McKinney, deceased, by and through her undersigned counsel, pursuant to Federal Rules of Civil Procedure and this Court's Amended Scheduling Order (D.E. 103), hereby gives notice of service of Plaintiff's Expert Disclosures upon Defendants.

Respectfully submitted,

**THE LAW FIRM FOR TRUCK SAFETY, LLP**

*/s/ Matthew E. Wright*
Matthew E. Wright, No. 022596
840 Crescent Centre Drive
Suite 310
Franklin, TN 37067
P: (615) 455-3588
F: (615) 468-4540
matt@truckaccidents.com

Steven K. Leibel
Paul Menair
*Admitted pro hac vice*
Steven Leibel, P.C.
3619 S. Chestatee
Dahlonega, GA 30533
P: (404) 892-0700
F: (770) 844-0015
steven@leibel.com

*Attorneys for Plaintiff, Alberta Louise Perry next kin and surviving spouse of Vincent McKinney, deceased*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's

ECF filing system to the following:

Angela Cirina Kopet
G. Graham Thompson
Copeland, Stair, Valz & Lovell, LLP
735 Broad Street
Suite 1100
Chattanooga, TN 37402
**Attorneys for Defendant Jenkins & Stiles**


Caroline A Shea
A. James Spung
Husch Blackwell, LLP
736 Georgia Avenue
Suite 300
Chattanooga, TN 37402


Sarah C. Hellmann
Husch Blackwell, LLP
190 Carondelet Plaza

Suite 600
St. Louis, MO 63105
***Attorneys for Defendant Nucor***
***Insulated Panel Group, Inc.***

On February 13, 2023.

                                        */s/ Matthew E. Wright*
                                        Matthew E. Wright