
Page 1 of 3

# TENNESSEE DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT
## DIVISION OF OCCUPATIONAL SAFETY AND HEALTH

## WITNESS STATEMENT

Place of statement: 7640 Oak Ridge Hwy     Date: 4-19-2021

I, Robert Hutton (Name of Person Making Statement)

of 7313 Oxmoor Rd (Number, Street, Apartment number), Knoxville (City or Town),

TN (State), 37921 (ZIP), 865-203-4120 (Telephone number), am employed by

Chattanooga Fire, LLC (Company Name), 4624 Henrel Rd Knoxville TN 37917 (Company Address)

for the approximate period from Feb 2021 to Present as Foreman (Job Title or Occupation)

make the following statement relative to the accident resulting in the [(death)/ injury ] of

Vincent McKinney while the victim was in the employment of

ClearShine Logistics. To the best of my knowledge the accident

occurred at approximately 9:00 (am/pm) on 4-15-21 (date) in or near

the city of Karns. I [(was), was not] in the near vicinity of

the accident when it happened. I [am, (am not)] a supervisor of the victim.

STATEMENT: I was sitting in my truck taking a break when they were unloading the trailer. I was looking at my phone and had the door open. I know they had already unloaded a identical material because I saw it stacked near the area. I heard someone say "Curtis your clear, Go."

Form LB-0056                                                                                                       Revised 1/15

I heard the lift rev a little and then I heard a crash. I looked at the area and moved in a better line of sight and saw him under the material. He was blue looking so I called 911. Everyone was clear, Curtis had a good visual of the work area I didn't see anything that appeared to be unsafe. They were communicating and the area was clear of people. I am not sure while he would tell him he was "clear" when he wasn't clear.

[page crossed out with large X]

The above statement was written by ___Micheal Johnson___. It has been [ (read to me) / I have read it ] and it is true and correct.

> T.C.A. §50-3-502. False statements or representations in applications, records, reports or documents. Any person who knowingly makes any false statement, representation, representation or certification in any application, record, report or other document filed or required to be filed or maintained pursuant to the provisions of this chapter commits a Class C misdemeanor.

_____ Date  4-19-2021
(Signature)

Witnessed by: _____ Date  4-19-2021
(Signature)

Form LB-0056                                              Revised 1/15