| | | |
|---|---|---|
| 1 | day? | 10:10:30 |
| 2 | A.     My immediate supervisor contacted me and | 10:10:31 |
| 3 | asked me if I could come over. | 10:10:34 |
| 4 | Q.     Who was that? | 10:10:36 |
| 5 | A.     Josh Sullins. | 10:10:36 |
| 6 | Q.     Okay.  What did he tell you?  Why was he | 10:10:38 |
| 7 | asking you to go over there? | 10:10:40 |
| 8 | A.     He just asked if I could come over and clean | 10:10:42 |
| 9 | up the driveway. | 10:10:43 |
| 10 | Q.     All right.  What about as far as pedestrians | 10:10:45 |
| 11 | who are in the area?  If there is a pedestrian in | 10:10:52 |
| 12 | the area, which means someone who's on foot, what | 10:10:55 |
| 13 | does a forklift operator do to make sure that | 10:10:57 |
| 14 | pedestrian is safe during the offloading process? | 10:11:00 |
| 15 | A.     Make sure you have eyesight with them. | 10:11:02 |
| 16 | Q.     How -- what do you mean by that? | 10:11:04 |
| 17 | A.     Get their attention, make sure they're | 10:11:06 |
| 18 | looking at you, and you keep an eye on where they're | 10:11:07 |
| 19 | at. | 10:11:09 |
| 20 | Q.     Okay.  Do you normally have a conversation | 10:11:11 |
| 21 | with them about, "Hey, I'm going to start offloading | 10:11:15 |
| 22 | right now, so be aware of your surroundings," things | 10:11:18 |
| 23 | like that or what do you mean by -- | 10:11:19 |
| 24 | A.     Not typically. | 10:11:22 |
| 25 | Q.     Okay. | 10:11:24 |

| | | |
|---|---|---|
| 1 | A.     Yes.  Sometime in the morning. | 10:28:43 |
| 2 | Q.     And then -- so do you go directly over there | 10:28:45 |
| 3 | as soon as Josh asked you to? | 10:28:47 |
| 4 | A.     No.  I think it was probably about 30 or 40 | 10:28:49 |
| 5 | minutes before I went over there. | 10:28:51 |
| 6 | Q.     All right.  What did you have to do?  What | 10:28:52 |
| 7 | were you doing in that 30-minute time frame? | 10:28:53 |
| 8 | A.     Going around my jobsite, making sure of what | 10:28:56 |
| 9 | was going on. | 10:28:58 |
| 10 | Q.     Okay. | 10:29:00 |
| 11 | A.     And letting people know that I was leaving. | 10:29:00 |
| 12 | Q.     And you mentioned before that he said he | 10:29:03 |
| 13 | wanted some help cleaning it up.  Is that right? | 10:29:05 |
| 14 | A.     Yes. | 10:29:08 |
| 15 | Q.     All right.  What did you -- what did you take | 10:29:08 |
| 16 | that to mean?  What did he say needed to be cleaned | 10:29:10 |
| 17 | up? | 10:29:13 |
| 18 | A.     Well, they were expecting more deliveries | 10:29:14 |
| 19 | either that day or the next day, and he just wanted | 10:29:16 |
| 20 | the road cleared out so that if anything else came | 10:29:19 |
| 21 | in. | 10:29:22 |
| 22 | Q.     Okay.  Do you mean move some of the materials | 10:29:23 |
| 23 | from what had happened here? | 10:29:26 |
| 24 | A.     Yes. | 10:29:28 |
| 25 | Q.     All right.  And when you got there, what did | 10:29:28 |

www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | take a look at the trailer and the truck where you | 11:02:19 |
| 2 | had moved it over by the trailer office.  Is that | 11:02:21 |
| 3 | right? | 11:02:25 |
| 4 | A.     Yes, sir. | 11:02:25 |
| 5 | Q.     All right.  How long were they at the bundle, | 11:02:26 |
| 6 | taking a look at it when you were there?  Was it | 11:02:27 |
| 7 | more than, like, say a minute or two? | 11:02:31 |
| 8 | A.     No, sir. | 11:02:34 |
| 9 | Q.     Just a minute or two? | 11:02:34 |
| 10 | A.     Yeah. | 11:02:35 |
| 11 | Q.     Okay.  Were they taking photographs when they | 11:02:36 |
| 12 | were over there? | 11:02:37 |
| 13 | A.     I don't recall seeing them take photographs. | 11:02:39 |
| 14 | They may have gone back and done it later. | 11:02:40 |
| 15 | Q.     Sure.  And then so they're over there.  Then | 11:02:42 |
| 16 | they walk to where the trailer is.  And how long are | 11:02:46 |
| 17 | they looking at the trailer while you were there? | 11:02:49 |
| 18 | A.     Two or three minutes. | 11:02:52 |
| 19 | Q.     And then they went where after that?  After | 11:02:53 |
| 20 | they looked at the trailer? | 11:02:56 |
| 21 | A.     I want to say they went back towards the | 11:02:56 |
| 22 | bundles. | 11:02:59 |
| 23 | Q.     Back to where the bundles were being stored. | 11:02:59 |
| 24 | Is that right? | 11:03:02 |
| 25 | A.     Yes. | 11:03:03 |

www.EliteReportingServices.com

60