| | | |
|---|---|---|
| 1 | Q.     I think you said earlier there's some | 14:31:22 |
| 2 | speculation of whether Mr. McKinney was reaching for | 14:31:24 |
| 3 | something or going to get something and that's why | 14:31:27 |
| 4 | he moved.  Do you know that for a fact?  Is that | 14:31:29 |
| 5 | just people kind of guessing what might have | 14:31:32 |
| 6 | happened? | 14:31:33 |
| 7 | A.     I do not know that for a fact.  That's just | 14:31:34 |
| 8 | us talking, trying to figure out why he went back | 14:31:36 |
| 9 | in. | 14:31:39 |
| 10 | Q.     Do you know if Curtis saw Mr. McKinney move | 14:31:40 |
| 11 | at any point after giving the all clear? | 14:31:41 |
| 12 | A.     I'm not sure.  I can't say what -- what | 14:31:45 |
| 13 | Curtis saw or anything.  I just -- I know that he | 14:31:49 |
| 14 | could have, yeah, but I don't think he -- I don't | 14:31:53 |
| 15 | know what he saw to that. | 14:31:55 |
| 16 | Q.     Is there any reason why Mr. McKinney couldn't | 14:31:57 |
| 17 | have just left the straps there and waited till | 14:32:01 |
| 18 | after the materials were unloaded to move the | 14:32:04 |
| 19 | straps? | 14:32:07 |
| 20 | A.     Yes.  I mean, that's what he should have | 14:32:08 |
| 21 | done.  Yes. | 14:32:09 |
| 22 | Q.     So you're saying he should have just waited | 14:32:12 |
| 23 | till the materials were unloaded? | 14:32:14 |
| 24 | A.     Yes. | 14:32:16 |
| 25 | Q.     Okay.  Did any of the first responders onsite | 14:32:16 |

| | | |
|---|---|---|
| 1 | when you were there ask you or anyone at Jenkins & | 14:32:46 |
| 2 | Stiles to leave any materials where they were or to | 14:32:51 |
| 3 | leave the site untouched? | 14:32:53 |
| 4 | A.     No. | 14:32:56 |
| 5 | Q.     Did -- you were gone by the time TOSHA | 14:32:58 |
| 6 | arrived, correct? | 14:32:59 |
| 7 | A.     Yes. | 14:33:01 |
| 8 | Q.     Are you aware of anyone from TOSHA or any of | 14:33:02 |
| 9 | the first responders telling you or anyone at | 14:33:04 |
| 10 | Jenkins & Stiles to leave the scene untouched? | 14:33:06 |
| 11 | A.     No.  No.  They didn't say that. | 14:33:11 |
| 12 | Q.     Have you ever heard of any sort of | 14:33:26 |
| 13 | installation guide from Metl-Span, NCI Group, NBCI, | 14:33:28 |
| 14 | or Nucor -- an installation guide about their | 14:33:35 |
| 15 | insulated metal panels? | 14:33:38 |
| 16 | A.     No, I've not. | 14:33:41 |
| 17 | Q.     Have you ever seen any sort of installation | 14:33:43 |
| 18 | guide?  Have you ever seen any sort of metal panel | 14:33:45 |
| 19 | installation guide? | 14:33:47 |
| 20 | A.     We have a set of shop drawings that -- that | 14:33:49 |
| 21 | shows, but no, I've not seen the -- | 14:33:51 |
| 22 | Q.     Do the shop drawings say anything about how | 14:33:54 |
| 23 | to unload materials from a truck or trailer? | 14:33:56 |
| 24 | A.     No, they don't. | 14:33:58 |
| 25 | Q.     Are you aware of anyone, whether from Jenkins | 14:33:59 |