1  rings a bell?  Yeah, Joseph Swift and Micheal
2  Johnson.  Do those names sound familiar to you?
3       A    Possibly.
4       Q    What did -- tell me about your
5  communications with TOSHA.
6       A    There's an email or maybe two.
7       Q    Did you communicate with them over the
8  phone?
9       A    I don't necessarily remember.
10      Q    You don't remember talking to them over the
11 phone?
12      A    Sir, I don't remember.
13      Q    Okay.  So all you recall is the email
14 communication with them?
15      A    Sir, the only thing I have record of is
16 that, after this accident, I don't remember very much
17 at all.
18      Q    Did they ask you to send them any
19 information?
20      A    Per this email, they asked for a safety
21 program, safety-related documents.  That's what's in
22 this email.
23      Q    So you have no other recollection of any
24 communication with them other than what is contained
25 in these emails; is that correct?

1       A    I don't remember, sir.
2       Q    You don't remember any other communication
3  with them?
4       A    I may have had a con- -- a conversation with
5  them by phone.  I don't remember, sir.
6       Q    Okay.  So -- so you have no memory of
7  communicating with them at all; is that correct?
8       A    Sir, I cannot be sure.
9       Q    You can't be sure if you remember?
10      A    I can't be sure if I'd had communication
11 with them outside of this email.
12      Q    Okay.  Okay.  So this email, I think it's --
13 there's one from April 29, 2021, Joseph Smith -- from
14 Joseph Swift, sorry, to
15 clearshinelogistics@gmail.com.  This is from Joseph
16 Swift who says: I'd like to follow-up on my
17 supervisor's previous request for
18 information...Please send the following documents as
19 soon as possible: Safety program, Safety related
20 documents (i.e., training certificate -- training,
21 certificates, etc.) relating to the activities of
22 ClearShine Logistics LLC.
23      And this, it seems, was a follow-up.  There was
24 an initial email from Micheal D. Johnson to
25 ClearShine Logistics LLC on Friday, April 16, 2021,

1  where Micheal Johnson is asking for "safety program
2  and any safety related-documents: (training,
3  certificates, etc.) relating to the activities of
4  ClearShine Logistics." And a -- a -- it looks like
5  he forwarded that to Joseph Swift on April 29, 2021,
6  and that's when Joseph Swift followed up with you.
7  You responded April 29, 2021, "As discussed. I will
8  scan the mailed document by COB today." I assume
9  "COB" means close of business.
10       A    Yes.
11       Q    Okay. That -- it was your writing, so I
12  assume that's what that means to you. It mentions
13  "as discussed," so did you -- I guess, does that mean
14  you spoke with him on the phone?
15       A    I -- must be.
16       Q    Okay. But you have no recollection of that
17  directly?
18       A    I don't.
19       Q    And she said -- you said: I will scan the
20  mailed document by close of business today.
21       So you sent something to him by mail?
22       A    That is my assumption.
23       Q    Okay. And this was, I guess, in relation to
24  "safety program, safety-related documents: (i.e.,
25  training, certificates, etc.)." What documents did

1	Q	The TOSHA report says that they -- that
2	TOSHA did not receive any documents from you or from
3	ClearShine Logistics.  Do you know why you didn't
4	send them anything?
5	A	Sir, I don't remember anything for a period
6	of time after my husband died.
7	Q	The last email you sent to TOSHA was --
8	well, the last email we have was April 29, 2021.  Do
9	you recall any other communication with TOSHA after
10	that date?
11	A	No.
12	Q	Who is Jermaine Small?
13	A	It's one of my husband's friends.
14	Q	And he went to pick up the truck and the
15	trailer?
16	A	Yes.
17	Q	And who organized that for him to go pick
18	that up?  Was that a call that you made?
19	A	No.
20	Q	Okay.  Who did that?
21	A	Sir, I don't know.
22	Q	Okay.  It was just, I guess, family and
23	friends got together to help y'all out?
24	A	Did whatever they had to do.
25	Q	I understand you retained Steven Leibel to

1           MR. LEIBEL:  I'm gonna have to -- since I'm
2      the one who was the attorney at the time, I'm
3      not going to allow her to talk about what I
4      discussed with her or anything involving
5      attorney-client privilege.  You can ask her if
6      you have the documents.  I have no objection to
7      that.  And the only reason that I'm defending at
8      this point is because it's my privilege that I'm
9      defending.  You understand.
10  BY MR. THOMPSON:  (Resuming)
11      Q   Tell me what did you do to preserve the
12  truck and the trailer?
13      A   It was parked.
14      Q   Where was it parked?
15      A   My father's.
16      Q   I believe you're aware that the truck and
17  the trailer were looked at at some point.  I think it
18  was at your father's house.
19      A   Yes.
20      Q   Are you aware of that, that some folks were
21  out there looking at it?
22      A   Yes.
23      Q   And is that where it was parked?
24      A   Yes.
25      Q   When was it parked there?

1    A    That's where Jay --
2    Q    Okay, so Mr. Small took it straight there?
3    A    Straight there.
4    Q    Okay.  Was anything changed on the truck or
5  the trailer after it was parked there?
6    A    Not to my knowledge.
7    Q    Was it ever put under cover of any kind or
8  just left outside where we found it when we looked at
9  it?
10   A    Left outside how you found it.
11   Q    What did you do to preserve your phone and
12 Vincent's phone after this accident?
13   A    I don't -- what methods are there?
14   Q    Well, did anyone tell you to preserve any
15 information from the phones or on the phones?
16   A    I think they requested information about
17 what was on the phones.
18   Q    Okay.  But no one told you to preserve
19 information that was on those phones or came from
20 those phones?
21   A    Sir, those words, I don't necessarily
22 remember --
23   Q    Okay.
24   A    -- hearing those words.
25        MR. WRIGHT:  You're -- you're going into