```
 1         IN THE UNITED STATES DISTRICT COURT FOR THE
              EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE
 2   _____

 3   ALBERTA LOUISE PERRY, surviving spouse
     and next of kin of VINCENT MCKINNEY,
 4   deceased,

 5        Plaintiff,

 6   vs.                              No. 3:21-CV-00414-KAC-JEM
                                          Jury Demand
 7
     JENKINS & STILES, LLC and NUCOR
 8   INSULATED PANEL GROUP, INC.,
     d/b/a METL-SPAN,
 9
          Defendants.
10   _____

11

12

13

14

15
              VIDEO DEPOSITION OF CURTIS KENNEDY
16
                      January 11, 2023
17

18

19

20

21   _____

22              Elite Reporting Services
                www.elitereportingservices.com
23                 Kristin E. Burke, LCR
                    Associate Reporter
24                  Knoxville, Tennessee
                      (865)329-9919
25
```

**EXHIBIT B**

*Elite-Brentwood Reporting Services * (615)595-0073*
*www.EliteReportingServices.com*
Case 3:21-cv-00414-KAC-JEM  Document 206-2  Filed 09/18/23  Page 1 of 6  PageID #: 4144

```
 1  Q.     All right.  And who else was with him?
 2  A.     I just seen on the video that the Vice President of
 3  Jenkins & Stiles, Todd Stiles --
 4  Q.     Okay.
 5  A.     -- was there.
 6         And, also, the guy's name Robby, worked for the
 7  sprinkler company, was in that video.
 8  Q.     Robby was one of the subcontractors?
 9  A.     He was with Chattanooga Fire.
10  Q.     Is that a sub -- a sub?
11  A.     Sub, yes.
12  Q.     Okay.  Where is he now?
13  A.     I understand that Robby is deceased.
14  Q.     Do you know what happened to him?
15  A.     I'd just be repeating, but I think I was told
16  meningitis.
17  Q.     Okay.  So he got -- he got sick and died?
18  A.     Correct.
19  Q.     Okay.  When you were offloading or attempting to
20  offload the bundles, how many bundles were you picking up?
21  A.     Two small ones and a larger one, so three total.
22  Q.     Okay.  And that's from the right side of the truck?
23  A.     Yes.
24  Q.     Okay.  And in that interview, you were talking
25  about seeing Mr. McKinney up by the gooseneck, and he
```

*Elite-Brentwood Reporting Services * (615)595-0073*          52
*www.EliteReportingServices.com*
Case 3:21-cv-00414-KAC-JEM   Document 206-2   Filed 09/18/23   Page 2 of 6   PageID #: 4145

1  said -- you say that he said, "Come on;" is that right?
2  A.     As I've stated before, I don't remember the
3  exact -- exact verbiage that was used that day, but I know
4  for a fact I seen him when I was approaching the load,
5  standing at the rear fender of his truck. He was rolling
6  up straps, and we -- we did communicate. We made eye
7  contact, and I don't know what was said, but I could see
8  him, you know, and hear him telling me and affirming
9  that -- to move forward, to go forward with --
10 Q.     Had you -- had you had any conversations with
11 Mr. McKinney before the offloading was starting to happen
12 about what are going to be our hand signals or what are
13 going to be our words that we use in communication? In
14 other words, for lack of a better word, who is going to be
15 the flagman, stuff like that, come up with a plan for the
16 offloading?
17         MR. THOMPSON: Object to the form of the
18 question.
19         THE WITNESS: I instructed the truck
20 driver. I did not know his name as Mr. McKinney. I
21 instructed a truck driver to move to the opposite
22 end of the building. I approached him and made
23 small talk with him, asked him where he was from,
24 just small talk while he was finishing unstrapping
25 the load.

*Elite-Brentwood Reporting Services * (615)595-0073*            53
*www.EliteReportingServices.com*
Case 3:21-cv-00414-KAC-JEM  Document 206-2  Filed 09/18/23  Page 3 of 6  PageID #: 4146

```
 1  was going to be?
 2          Because he, as -- as I understand it, he was told
 3  by you that he's going to be the flag person and the
 4  spotter; is that correct?
 5          In other words, did you tell Vincent McKinney that
 6  he's going to be the flagman and the spotter for the
 7  offloading of this load?
 8  A.      I can't say I used those exact words, no.
 9  Q.      You tell him he was responsible to tell you where
10  to lift and where to go?
11  A.      I did not say, "You're responsible," no.  I mean,
12  that's -- that's not common practice.
13  Q.      Did you tell him what words were going to mean and
14  be used and what they would mean on the job so there was
15  no confusion as to where you should go and when you should
16  lift and anything like that?
17  A.      As I said, I -- I -- I spoke English.  I understood
18  him to speak very fluid English.  So my assumption was he
19  could understand the vocabulary that -- that was being
20  used.
21  Q.      So it's your understanding that he was to direct
22  you when to approach and when to lift; is that correct?
23  A.      He did, basically, because I called out for him,
24  and he's the one told me to come on or to move or go ahead
25  or whatever.  So he is the one that told me to move
```

Elite-Brentwood Reporting Services * (615)595-0073    78
www.EliteReportingServices.com
Case 3:21-cv-00414-KAC-JEM   Document 206-2   Filed 09/18/23   Page 4 of 6   PageID #: 4147

forward.

Q. Okay.

A. I would not have if he hadn't said -- told me he was clear.

Q. And you're a hundred percent clear that the communication between you guys before the offloading ever started and that he understood that was his role; is that what you're telling us?

A. I assumed it was, and I was a hundred percent clear that he knew I was talking directly to him because there's no one else around, and I was looking straight at him. So we had eye contact and verbal contact before I lost vision of him. And he's the one told me to move forward.

Q. What do you mean you lost vision of him?

A. Well, I mean, those bundles are, approximately, 30-foot long, and when you move forward from where he was standing to where I was located, he eventually, you know, went out of my range of sight.

So that's the reason I stopped before I got there so I could visic -- you know, physically see him and him know I was approaching, and -- and he told me yes.

Q. Did you know that he had finished unstrapping all the straps?

A. Yes. He had done that before I got on the forklift. They were off the truck.

*Elite-Brentwood Reporting Services * (615)595-0073*    79
*www.EliteReportingServices.com*
Case 3:21-cv-00414-KAC-JEM   Document 206-2   Filed 09/18/23   Page 5 of 6   PageID #: 4148

1 exchanged. You take that to mean that it's clear, that
2 you can go ahead and start offloading.
3     Is that correct?
4 A. Yes.
5 Q. What were the exact words that he said that
6 indicated that to you?
7 A. I stated from the beginning I do not remember the
8 exact verbiage used, but between body language and
9 communicating, I knew that -- and that he had -- he knew I
10 was approaching.
11 Q. Okay. And you said that you lost sight of him.
12 When did that happen?
13 A. He was standing, as I stated, at the rear fender
14 there where the rear wheel is, the back axle, and when it
15 became the angle that -- at a certain angle, I'm a few
16 feet before I actually started to engage the load.
17 Q. Is when you lost sight of him?
18 A. Correct.
19 Q. Okay. So you could not see him when you were
20 starting to engage the load?
21 A. No, I couldn't.
22 Q. Okay.
23 A. That's -- as I stated before, that's the reason I
24 stopped when I approached, when I could still see him, and
25 made -- to make sure he was out of the way.

*Elite-Brentwood Reporting Services * (615)595-0073*   84
www.EliteReportingServices.com
Case 3:21-cv-00414-KAC-JEM   Document 206-2   Filed 09/18/23   Page 6 of 6   PageID #: 4149