UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ALBERTA LOUISE PERRY, surviving spouse and next kin of VINCENT MCKINNEY, deceased, <br><br> Plaintiff, <br><br> v. <br><br> JENKINS & STILES, LLC, <br><br> Defendant. | ) ) ) ) ) ) ) No. 3:21-CV-414-KAC-JEM ) ) ) ) ) |

**O R D E R**

This case is before the Court pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02. On July 25, 2025, Defendant emailed Chambers requesting a discovery dispute conference pursuant to the Court's Scheduling Order [Doc. 276 p. 3]. Specifically, Defendant asked for an order compelling Plaintiff to respond to its Interrogatory No. 1 and Request for Production No. 4. Plaintiff objected stating that Defendant's request was untimely. On July 29, 2025, United States District Judge Katherine A. Crytzer entered an Order denying Defendant's request to extend the discovery deadline [Doc. 328]. On August 6, 2025, the parties appeared before the Court to address their discovery dispute. Attorneys Joshua Funderburke and Steven K. Leibel appeared on behalf of Plaintiff. Attorney Angela Kopet appeared on behalf of Defendant. During the conference, the parties acknowledged Judge Crytzer's July 29 Order. Considering that Order, the Court declines to grant Defendant's request.

**IT IS SO ORDERED.**

ENTER:

_____
Jill E. McCook
United States Magistrate Judge