IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| ALBERTA LOUISE PERRY, surviving spouse and next kin of VINCENT MCKINNEY, deceased, | ) ) ) ) | |
|---|---|---|
| | ) | No. 3:21-CV-00414-KAC-JEM |
| Plaintiff, | ) ) | |
| | ) | JURY DEMAND |
| v. | ) ) | |
| JENKINS & STILES, LLC, | ) ) | |
| Defendant. | ) | |

## JOINT NOTICE

Plaintiff, Alberta Louise Perry, surviving spouse and next of kin of Vincent McKinney, deceased, and Defendant, Jenkins & Stiles, LLC, hereby notify the Court that the parties have resolved this matter. The parties will file a Stipulation of Dismissal with Prejudice of this lawsuit in the coming weeks.

Respectfully submitted this 14th day of November, 2025.

| COPELAND, STAIR, VALZ & LOVELL, LLP | THE LAW FIRM FOR TRUCK SAFETY, LLP |
|---|---|
| */s/ G. Graham Thompson* | |
| ANGELA CIRINA KOPET, BPR 017921 | Matthew E. Wright, BPR 022596 |
| G. GRAHAM THOMPSON, BPR 034467 | Joshua R. Funderburke, BPR 039217 |
| 735 Broad Street, Suite 1100 | 840 Crescent Centre Drive, Suite 310 |
| Chattanooga, TN 37402 | Franklin, TN 37067 |
| Phone: 423-713-7075 | Phone: (615) 455-3588 |
| akopet@csvl.law | matt@trcukaccidents.com |
| gthompson@csvl.law | jfunderburke@truckaccidents.com |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

|   | **STEVEN LEIBEL, P.C.**                                                                                                                                                                             |
| - | --------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|   | Steven K. Leibel, *Admitted pro hac vice*<br>Paul Menair, *Admitted pro hac vice*<br>3619 S. Chestatee<br>Dahlonega, GA 30533<br>Phone: (404) 892-0700<br>steven@leibel.com<br>*Attorneys for Plaintiff* |