# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| ALBERTA LOUISE PERRY, surviving spouse and next kin of VINCENT MCKINNEY, deceased, <br><br> Plaintiff, <br><br> v. <br><br> JENKINS & STILES, LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No. 3:21-CV-00414-KAC-JEM <br> **JURY DEMAND** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all matters in controversy between the parties having been compromised and resolved. Plaintiff Alberta Louise Perry and Defendant Jenkins & Stiles, LLC stipulate to the dismissal of this action WITH PREJUDICE. The parties shall each bear their own separate attorneys' fees and costs.

Respectfully submitted this 2nd day of December, 2025.

*Signatures of counsel on following page.*

| | |
|---|---|
| **THE LAW FIRM FOR TRUCK SAFETY, LLP**<br><br>*/s/ Matthew E. Wright*<br>MATTHEW E. WRIGHT, BPR 022596<br>JOSHUA R. FUNDERBURKE, BPR 039217<br>840 Crescent Centre Drive<br>Suite 310<br>Franklin, TN 37067<br>P: (615) 455-3588<br>F: (615) 468-4540<br>matt@truckaccidents.com<br><br>**STEVEN LEIBEL, P.C.**<br>STEVEN K. LEIBEL<br>*Admitted pro hac vice*<br>3619 S. Chestatee<br>Dahlonega, GA 30533<br>P: (404) 892-0700<br>F: (770) 844-0015<br>steven@leibel.com<br><br>*Attorneys for Plaintiff* | **COPELAND, STAIR, VALZ & LOVELL LLP**<br><br>*/s/ G. Graham Thompson*<br>ANGELA CIRINA KOPET, BPR 017921<br>G. GRAHAM THOMPSON, BPR 034467<br>ROBERT D. NORTON, BPR 041730<br>735 Broad St., Suite 1100<br>Chattanooga, TN 37402<br>Phone: (423) 713-7075<br>Fax: (423) 648-2283<br>akopet@csvl.law<br>gthompson@csvl.law<br>rnorton@csvl.law<br>*Attorneys for Defendant* |